

**Zachary Naidich**
Partner
(646) 665-1060
ZNaidich@NaidichLaw.com

July 30, 2025

<u>VIA CM/ECF</u>

Hon. Nusrat J. Choudhury
United States District Court
For The Eastern District Of New York
100 Federal Plaza
Central Islip, NY 11772

      Re: Hector Rodriguez et al v. Rajeev Maini et al, Index. No. 25-cv-4205
          <u>Request to Amend Caption</u>

Judge Choudhury

    I represent plaintiffs Hector Rodriguez and William Orgera ("**Plaintiffs**") in the above-referenced action. Plaintiffs hereby respectfully request that Your Honor issue an order directing the court docketing clerk to amend the case caption, changing Plaintiffs' names from the incorrect HECTOR RODRIGUEZ and WILLIM ORGERA to the corrected HECTOR RODRIGUEZ and WILLIAM ORGERA. Defendants have not been served in this case. This is the first request for this relief.

                                                      Respectfully submitted,
                                                      *Zachary Naidich*
                                                      Zachary C. Naidich